NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES VICE,                                    )
                                               )
             Appellant,                        )
                                               )
v.                                             )          Case No. 2D17-3725
                                               )
STATE OF FLORIDA,                              )
                                               )
             Appellee.                         )
_____           )

Opinion filed February 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Frank Quesada, Judge.

James Vice, pro se.

PER CURIAM.

             Affirmed.

LaROSE, C.J., and NORTHCUTT and BADALAMENTI, JJ., Concur.